FILED
CLERK, U.S. DISTRICT COURT

12/04/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____jm_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAVIS ESPINOZA,

Defendant.

Case No.  2:23-CR-00215-MEMF

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

## I.

On December 4, 2025, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on February 21, 2025.  Jeremy Lessem, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Mark Kanow. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.     ☒     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to report to the Probation Office within 72 hours of release from imprisonment.

B.     ☒     Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 4, 2025

_____ /s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE